EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Jorge L. Santiago Cruz | 2001 TSPR 72 |

Número del Caso: TS-7080

Fecha: 16/mayo/2001

Colegio de Abogados de Puerto Rico:

                                 Lcda. Mady Pacheco García de la Noceda
                                 Directora Ejecutiva

Abogado de la Parte Querellada:

                                 Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Jorge L. Santiago Cruz          TS-7080

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de mayo de 2001

El 5 de marzo de 2001 este Tribunal emitió un <u>Per Curiam</u> y Sentencia mediante el cual suspendió del ejercicio de la abogacía al Lcdo. Jorge L. Santiago Cruz, 2001 TSPR 33. En la Opinión ordenamos que se notificara por correo a la dirección que aparece en el expediente personal del abogado. Además, se dispuso que a partir de ser remitida por correo, se consideraría notificado el abogado. Tal como ordenamos, el 12 de marzo se envió por correo con acuse de recibo y por tal razón la Opinión fue notificada a las demás partes, distribuida y publicada.

Recientemente, el Alguacil del Tribunal nos informó que en el proceso de diligenciar el mandamiento ordenando la incautación de la obra y sello notarial del abogado suspendido, fueron informados de que el abogado había fallecido el 3 de marzo de 2001.

Considerando las circunstancias extraordinarias del presente caso, dejamos sin efecto nuestra Opinión del 5 de marzo. Se ordena que la Opinión no

se publique oficialmente y que se retire su publicación por la vía electrónica. La Secretaria del Tribunal velará por el cumplimiento de lo aquí dispuesto.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo